IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRIS ADAMS,<br>    Individually, and on behalf of all others similarly situated,<br>        PLAINTIFFS,<br><br>v.<br><br>COASTAL CAPITAL PROCESSING, LLC<br>d/b/a BOURNVIEW RECOVERY GROUP<br>        DEFENDANT | Case No. 4:19-cv-3117 |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Now Comes Plaintiff, Chris Adams ("Plaintiff"), by and through his undersigned attorneys and hereby applies for a default judgment against Coastal Capital Processing, LLC (hereinafter "Coastal") and states as follows:

1. As a result of the conduct of Coastal as described in the First Amended Complaint, Plaintiff is entitled to statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A) and 47 U.S.C. § 227(b)(3)(C).

2. Plaintiff seeks default judgment against Defendant in the amount of one thousand dollars ($1,000.00) pursuant to 15 U.S.C. § 1692k(a)(2)(A).

3. Plaintiff seeks default judgment against Defendant in the amount of one thousand dollars ($1,500.00) pursuant to 47 U.S.C. § 227(b)(3)(C)

4. Pursuant to 15 U.S.C. § 1692k(a)(3), Plaintiff seeks attorneys fees in the amount of three thousand, seven hundred and fifty dollars ($3,750.00) and costs in the amount of five hundred, twenty-five dollars ($525.00).

5. The amount of attorneys fees and costs requested is reasonable. *See* Affidavit of Jeffrey D. Wood, attached as Exhibit 2.

6. Plaintiff requests post-judgment on the amounts determined as to each defendant at the then-current applicable rate (1.55% per annum as of today's date).

Date: January 29, 2020.

Respectfully submitted,

/s/ Jeffrey D. Wood
Jeffrey D. Wood, Esq.
Ark. Bar No. 025979
The Wood Firm, PLLC
11610 Pleasant Ridge Rd.
Suite 103-Box 208
Little Rock, AR  72223
TEL:  682-651-7599
FAX:  615-807-3344
EMAIL:  jeff@jeffwoodlaw.com
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that, on January 30, 2020, a copy of the foregoing Motion for Default Judgment was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following parties were served through U.S. Mail, certified mail, return receipt requested:

Coastal Capital Processing, LLC
c/o Peltan Law, PLLC
128 Church St.
East Aurora, NY  14052

/s/ Jeffrey D. Wood
Jeffrey D. Wood, Esq.