United States District Court
Southern District of Texas
**ENTERED**
February 11, 2020
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| CHRIS ADAMS, <br>     Individually, and on behalf of all others similarly situated, <br>         PLAINTIFFS, <br><br> v. <br><br> COASTAL CAPITAL PROCESSING, LLC <br> d/b/a BOURNVIEW RECOVERY GROUP <br>         DEFENDANT | Case No. 4:19-cv-3117 |

## ORDER OF DEFAULT JUDGMENT

Having considered Plaintiff's Motion for Default Judgment against Defendant Coastal Capital Processing, LLC and the pleadings on file and the applicable law, the Court is of the opinion that Default Judgment should be entered and ORDERS that judgment be entered in favor of Plaintiff as follows:

1. Against Coastal Capital Processing, LLC in the amount of ~~six~~ *five* thousand, seven hundred and seventy-five dollars ($~~6~~*5,*775.00), representing statutory damages in the amount of one thousand dollars ($1,000.00) pursuant to 15 U.S.C. § 1692k(a)(2)(A), ~~one thousand~~, five hundred dollars ($~~1~~,500.00) pursuant to 47 U.S.C. § 227(b)(3)(C) and attorneys fees in the amount of three thousand, seven hundred and fifty dollars ($3,750.00) and costs in the amount of five hundred, twenty-five dollars ($525.00) pursuant to 15 U.S.C. § 1692k(a)(3); and

2. Post-judgment interest on the amounts determined at the rate of ~~1.55~~ *1.50*% per annum.

3. All relief not granted herein is denied.

IT IS SO ORDERED.

SO ORDERED at Houston, Texas, on this 11th day of February, 2020.

**SIM LAKE**
**UNITED STATES DISTRICT JUDGE**